ACCEPTED
03-14-00811-CR
4070591
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/9/2015 11:38:30 AM
JEFFREY D. KYLE
CLERK

## IN THE COURT OF APPEALS
## FOR THE THIRD DISTRICT OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/9/2015 11:38:30 AM
JEFFREY D. KYLE
Clerk

KARL DEAN STAHMANN,       *
     Appellant      *

v.      *      No. 03-14-00811-CR

THE STATE OF TEXAS      *

## APPELLANT'S MOTION TO DISMISS APPEAL

TO THE HONORABLE CHIEF JUSTICE AND JUSTICES OF SAID COURT:

In support of this Motion, Appellant would show:

1. Appellant was placed on deferred adjudication community supervision for the state jail felony offense of credit card abuse.

2. On December 1, 2014, the trial judge entered an adjudication of guilt and assessed punishment at two years confinement probated for a period of five years.

3. The trial court ordered appellant taken into custody.

4. On December 15, 2014, undersigned counsel filed the Motion for New Trial and the Defendant's Motion for Bail Pending Determination of Motion for New Trial and Pending Appeal.

5. On December 15, 2014, the trial court summarily denied the Motion for Bail.

Page 1 of 3

6. On December 23, 2014, undersigned counsel filed two notices of appeal: (a) related to the determination of guilt; and, (b) related to the denial of bail. The notice in the latter was styled Defendant's Notice of Appeal – Bail Proceeding.

7. Article 44.04(g) provides for the right of appeal from the denial of bail.

8. The Defendant's Notice of Appeal – Bail Proceeding was received in this Honorable Court on December 29, 2014, and assigned this cause number.

9. Pursuant to Texas Rule of Appellate Procedure 42.2, Appellant moves to dismiss the appeal. Appellant has signed the attached document seeking dismissal.

10. Appellant **DOES NOT** wish to dismiss cause no. 03-15-00068-CR which relates to the appeal of the merits of the trial judge's decision to enter a finding of guilt in cause no. CR2011-031.[1]

Respectfully submitted,

___/s/ Charles F. Baird_____
**CHARLES F. BAIRD**
TBA # 00000045

---

[1] The determination to proceed with an adjudication of guilt on the original charge is reviewable on appeal. Tex. C. Crim. Proc. art 42.12, sec. 5(b).

BAIRD FARRELLY, PLLC
2312 Western Trails Blvd. Suite 102-A
Austin, TX 78745
Tel: 512-804-5911
Fax: 512-804-5919
Email: jcfbaird@gmail.law

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document was served on Jennifer A. Tharp, Assistant District Attorney, Comal District Attorney's Office, on February 9, 2015, *via* fax.

___/s/ Charles F. Baird_____
**CHARLES F. BAIRD**

I, KARL STAHMANN, WISH TO DISMISS THE APPEAL

OF THE BAIL PROCEEDING IN CAUSE NO. 03-14-0811-CR.

Karl Stahman

KARL STAHMANN

APPELLANT